United States District Court
Southern District of Texas
**ENTERED**
May 17, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICARDO RODRIGUEZ and All Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-3186 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant's Motion to Dismiss, this action is **DISMISSED with prejudice**.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 17th day of May, 2017.

SIM LAKE
UNITED STATES DISTRICT JUDGE